IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 406 BOVINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD DUMM, JOHN BIERWIRTH, and DATAG, INC., <br><br> Defendants. | CV 24–34–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiff's Motion to File Under Seal. (Doc. 1.) Plaintiff seeks leave to file its Verified Complaint and Application for Temporary Restraining Order, and Application for Preliminary Injunction (the "Complaint") and accompanying exhibits under seal "due to the competitively sensitive business information contained therein." (*Id.* at 1.) Plaintiff explains that the Complaint and exhibits "contain or refer to business plans, business agreements with third parties, competitive strategies for sales, revenue and marketing information, confidential business and financial information, confidential Board of Directors meeting minutes with analyses of various company business plans, and various other aspects of Plaintiff 406 Bovine's competitively sensitive business information." (*Id.* at 2.) The Court finds that there is good cause to grant

1

Plaintiff's request pursuant to Fed. R. Civ. P. 5.2 and 26(c)(1)(G) and D. Mont. L.R. Civ. 5.2 (Dec. 1, 2023).

Accordingly, IT IS ORDERED that the motion (Doc. 1) is GRANTED. Because Plaintiff has already filed these documents under seal (Doc. 2), no further action is required.

DATED this 1st day of April, 2024.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court