IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 406 BOVINE, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>RICHARD DUMM; JOHN BIERWIRTH; and DATAG, Inc.,<br><br>             Defendants. | CV 24–34–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice. (Doc. 25.) The parties jointly move for dismissal of this matter with prejudice, with each part to bear their own costs and attorneys' fees. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 25) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

DATED this 21st day of June, 2024.

_____
Dana L. Christensen, District Judge
United States District Court